# IN THE UNITED STATES DISTRICT COURT FOR THE
## SOUTHERN DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | |
|---|---|
| **SHENITA A. MILLER,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CIVIL ACTION NO 07-0869-KD-B |
| | ) |
| **INTERNATIONAL PAPER COMPANY,** | ) |
| | ) |
| Defendant. | ) |

## ORDER

The Court has been advised that this matter was settled in mediation.  Therefore, it is **ORDERED** that all claims in the above-styled action be **DISMISSED WITH PREJUDICE,** subject to the right of any party to reinstate the action within thirty (30) days of the date of this order should the settlement agreement not be consummated.

No other order shall be forthcoming from the Court except upon application by either party for final judgment as prescribed by Rule 58, Federal Rules of Civil Procedure.  Each party shall bear their own costs unless otherwise agreed by the parties.

**DONE** this the 30th day of January 2009.

/s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**UNITED STATES DISTRICT JUDGE**